United States District Court
Southern District of Texas
**ENTERED**
July 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY A. HANCE, § § Plaintiff, § § V. § § NANCY A. BERRYHILL, ACTING § COMMISSIONER OF THE SOCIAL § SECURITY ADMINISTRATION, § § Defendant, | CIVIL ACTION NO. 4:16-cv-02636 |

## **FINAL JUDGMENT**

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Memorandum and order that Plaintiff's Motion for Summary Judgment (Document No.11) is DENIED, Defendant's Motion for Summary Judgment (Document No. 4) is GRANTED, and the decision of the Commissioner of Social Security is AFFIRMED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this 18th day of July, 2017

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE